IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LINEX TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BELKIN INTERNATIONAL, INC., | § | Civil Action No. 2:07-cv-222-LED |
| BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., CISCO-LINKSYS LLC, NETGEAR INC., PHOEBE MICRO, INC., SOHOWARE, INC., TRENDNET SYSTEM INC., WAVION, INC., ACER, INC., ASUS COMPUTER INTERNATIONAL, DELL INC., GATEWAY, INC., LENOVO (UNITED STATES) INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC. | § § § § § § § § § § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF APPEARANCE**

Plaintiff, Linex Technologies, Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Alisa A. Lipski will be appearing as an Attorney of Record on their behalf in the above-styled and numbered cause.

    Alisa A. Lipski
    Texas Bar No. 24041345
    Goldstein, Faucett & Prebeg, LLP
    1177 West Loop South, Suite 400
    Houston, TX  77027
    Tel:  713-877-1515
    Fax:  713-877-1737
    Email:  alipski@gfpiplaw.com

    Respectfully submitted,

/s/ Alisa A. Lipski
Alisa A. Lipski
Texas Bar No. 24041345
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email:  alipski@gfpiplaw.com

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 3, 2008.  Any other counsel of record will be served by first class U.S. mail.

/s/ Alisa A. Lipski
Alisa A. Lipski