IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LINEX TECHNOLOGIES, INC.** § § § § **Plaintiff,** § § v. § § **BELKIN INTERNATIONAL, INC.,** § **BUFFALO TECHNOLOGY (USA) INC.** § **D-LINK SYSTEMS, INC.** § **CISCO-LINKSYS LLC,** § **NETGEAR, INC.** § **PHOEBE MICRO INC.,** § **SOHOWARE, INC.,** § **TRENDNET SYSTEM INC.,** § **WAVION, INC.,** § **ACER, INC.,** § **ASUS COMPUTER INTERNATIONAL,** § **DELL INC.,** § **GATEWAY, INC.,** § **LENOVO (UNITED STATES) INC., and** § **TOSHIBA AMERICA INFORMATION** § **SYSTEMS, INC.** § § **Defendants.** § | **Civil Action No. 2:07-CV-00222-LED** **Jury Trial Demanded** |

**NOTICE OF DEFENDANT'S PROPOSED ORDER**

On July 11, 2008, Defendant's filed their Motion to Strike Linex's Infringement Contentions or in the Alternative, Motion to Compel Linex to Provide Infringement Contentions that Comply with Patent Rule 3-1. The Court heard argument on the Motion and Linex's Response to the Motion on September 17, 2008. In order to assist the Court in clarifying Defendant's position, Defendant's hereby file the attached Proposed Order.

Dallas 264338v1                                                          1

DATED: September 19, 2008.    Respectfully submitted,

McKOOL SMITH, P.C.

/s/ Sam Baxter_____
Sam Baxter
*Lead Attorney*
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
R. Darryl Burke
Texas State Bar No. 03403405
dburke@mckoolsmith.com
Kristi Thomas
Texas State Bar No. 24027909
kthomas@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

IRELAND, CARROLL & KELLEY, P.C.

Otis W. Carroll, Jr.
otiscarroll@icklaw.com
Jack Wesley Hill
wesleyhill@icklaw.com
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Telecopier: (903) 581-1071

GOODWIN PROCTOR LLP

Byron Willie Cooper
Gregory Scott Bishop
Goodwin Proctor LLP
135 Commonwealth Dr.
Menlo Park, CA 94025
Telephone: (650) 752-3100
Telecopier: (650) 853-1038

James Anthony Downs
Goodwin Proctor
53 State Street
Exchange Place
Boston, MA 02109
Telephone: (617) 570-1000
Telecopier: (617) 523-1231

**ATTORNEYS FOR DEFENDANT
CISCO-LINKSYS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on all counsel of record on the 19th day of September 2008.

/s/ Sam Baxter
Sam Baxter