IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **LINEX TECHNOLOGIES, INC.,** | § § § | |
| Plaintiff, | § § | Civil Action No. 2:07-cv-222-LED-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| **BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., CISCOLINKSYS LLC, NETGEAR INC., PHOEBE MICRO, INC., SOHOWARE, INC., TRENDNET SYSTEM INC., WAVION, INC., ACER, INC., ASUS COMPUTER INTERNATIONAL, DELL INC., GATEWAY, INC., LENOVO (UNITED STATES) INC., and TOSHIBA AMERICA INFORMATION  SYSTEMS, INC.,** | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Deron R. Dacus and Andrew W. Stinson's Motion to Withdraw as Counsel (Doc. No. 308) for Defendant Phoebe Micro, Inc. ("Phoebe").

Having considered the Motion, the Court finds that counsels' grounds for withdrawal are meritorious, and furthermore, the Court notes that Phoebe continues to be represented by Nena W. Wong: Law Offices of Nena W. Wong, 6080 Center Drive, Suite 600, Los Angeles, CA 90045.

The Motion is **GRANTED**. Thus, it is **ORDERED** that Deron R. Dacus and Andrew W. Stinson, and their firm, Ramey & Flock P.C., are no longer counsel for Defendant Phoebe Micro,

Inc. in this matter.

**So ORDERED and SIGNED this 20th day of August, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE